**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**JOHN DOES 192-217,** *et al.*,

      **Plaintiffs,**

                                    **Case No. 2:21-cv-2527**

      **vs.**                              **Judge Michael H. Watson**

                                      **Magistrate Judge Elizabeth P. Deavers**

**THE OHIO STATE UNIVERSITY,**

      **Defendant.**

## <u>ORDER</u>

At the direction of the presiding District Judge, all discovery in this case is **STAYED**

pending resolution of Defendant's Motion to Dismiss.  (ECF No. 12.)

      **IT IS SO ORDERED.**


                                      **/s/** *Elizabeth A. Preston Deavers*
**DATED:  August 2, 2021**           **ELIZABETH A. PRESTON DEAVERS**
                                        **UNITED STATES MAGISTRATE JUDGE**